UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Young Tae Bang, et al.,

    Plaintiffs

v.

New Prime, Inc., et al.,

    Defendants

Case No. 2:23-cv-01428-CDS-NJK

**Order Granting Defendants' Motion for Partial Summary Judgment**

[ECF No. 25]

    Defendants New Prime, Inc. and Jesus Espinoza move for partial summary judgment on plaintiffs' claim for punitive damages. ECF No. 25.[1] Plaintiffs do not oppose the motion. ECF No. 27. After reviewing the complaint and the exhibits attached to the motion, I agree that, even in the light most favorable to the plaintiffs, summary judgment on the punitive damages claim is warranted. Therefore I grant defendants' motion for partial summary judgment **[ECF No. 25]**. In accordance with my prior order (ECF No. 26), the parties must submit a second proposed joint pretrial order by April 11, 2025.

    Dated: March 11, 2025

                                                      _____
                                                      Cristina D. Silva
                                                      United States District Judge

---

[1] The motion for partial summary judgment was filed on behalf of defendants "GUILLERMO PEGUERO (incorrectly identified as GABRIEL P. GUILLERMO), NEW PRIME, INC. and PEGUERO TRUCKING SERVICES, LLC." ECF No. 25 at 1. Because New Prime, Inc. and Jesus Espinoza are the named defendants in this case, a corrected image was filed on March 10, 2025. ECF No. 29.