UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YOUNG TAE BANG, et al.,

    Plaintiff(s),

v.

JESUS ELIAS ESPINOZA, et al.,

    Defendant(s).

Case No. 2:23-cv-01428-CDS-NJK

**Order**

[Docket No. 35]

Pending before the Court is a stipulation to excuse Defendant Jesus Elias Espinoza from participating in the upcoming settlement conference. Docket No. 35.

Quite clearly, the need to have full settlement authority present during a settlement conference is an important threshold requirement. *E.g., Nick v. Morgan's Food, Inc.,* 270 F.3d 590, 597 (8th Cir. 2001). That is not the only reason for party attendance, though. A foundational aspect of a settlement conference is the evaluation of the strengths and weaknesses in the case. *Cf.* Local Rule 16-6(f)(1)(E). That evaluation includes the presiding judge's assessment as to how parties who are key fact witnesses will present at trial. *See, e.g.*, *HSBC Bank USA, N.A. v. Flamingo 316, LLC*, 2019 WL 2358391, at *3 n.7 (D. Nev. June 4, 2019).[1] That evaluation may also require in-depth discussion of the facts, which is not always limited to the information in the hands of counsel or high-level decisionmakers during the settlement conference. In the Court's experience, obtaining full understanding of the facts may require input from the parties themselves during the settlement conference.

---

[1] This case is poised for a jury trial. *See* Docket No. 32 at 16. Evaluating how parties will present at trial is particularly significant in cases headed to jury trials.

The instant request seeks to excuse Defendant Espinoza from the settlement conference. This is car accident case in which Defendants contest liability, Docket No. 32 at 1, and Defendant Espinoza was the driver involved in the crash. While the instant stipulation explains that a corporate representative will appear with full authority at the settlement conference, the stipulation fails to explain why Defendant Espinoza's attendance is not still warranted given the other relevant considerations.

Accordingly, the stipulation to excuse Defendant Jesus Elias Espinoza from participating in the upcoming settlement conference is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge