# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Young Tae Bang, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>New Prime Inc.,<br><br>    Defendants | Case No. 2:23-cv-01428-CDS-NJK<br><br>**Order Directing Parties to File a Dismissal or Joint Status Report** |

In July, the parties engaged in a settlement conference and a settlement was reached. Mins., ECF No. 40. At that time, United States Magistrate Judge Nancy J. Koppe ordered the parties to file a stipulation of dismissal by August 20, 2025. *Id.* That deadline passed without the parties filing the ordered dismissal.

It is therefore ordered that a stipulation of dismissal, or a joint status report addressing settlement, must be filed by September 2, 2025.

Dated: August 26, 2025

_____
Cristina D. Silva
United States District Judge