# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Young Tae Bang, et al., | Case No. 2:23-cv-01428-CDS-NJK |
| Plaintiffs | **Order Continuing Show Cause Hearing** |
| v. | |
| New Prime Inc., et al., | |
| Defendants | |

Through a show-cause order, attorneys Anjan Gewali, Michael T. Hua, Karie N. Wilson, and Ashley Elisabeth Walters were ordered to appear, in person, for a hearing on September 18, 2025, at 11:00 a.m. Order, ECF No. 42. Although counsel filed a stipulation of dismissal in response to my order, the hearing to address their repeated violation of court orders was not vacated. Yet attorneys Anjan Gewali, Michael T. Hua, Karie N. Wilson, and Ashley Elisabeth Walters failed to appear at the show cause hearing.

IT IS THEREFORE ORDERED that Anjan Gewali, Michael T. Hua, Karie N. Wilson, and Ashley Elisabeth Walters must appear, in person, on September 23, 2025 at 11:00 a.m., to show-cause why they should not be sanctioned to pay a fine for violating the orders and for failing to appear.

Dated: September 18, 2025

_____
Cristina D. Silva
United States District Judge